[No. 70525-3-I.   Division One.   July 7, 2014.]

LINCOLN DAVID ET AL., *Appellants*, v. RICHARD G. NORD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-04639-5, Joseph P. Wilson, J., entered May 16, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Appelwick, JJ.

[No. 70540-7-I.   Division One.   July 7, 2014.]

SETH LAYMAN ET AL., *Appellants*, v. 21ST CENTURY NORTH AMERICA INSURANCE CO. ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 12-2-00177-9, Vickie I. Churchill, J., entered June 18, 2013. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 70842-2-I.   Division One.   July 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUULA MASAWIAI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02405-3, Elizabeth J. Berns, J., entered September 6, 2013. *Dismissed* by unpublished per curiam opinion.

[No. 70902-0-I.   Division One.   July 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CAREY BROWN WYATT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04448-8, William L. Downing, J., entered August 14, 2013. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.